UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| DAVID DEARDEN et al., : | |
| Plaintiffs, : | |
| : | |
| v. : | No. 5:16-cv-00713 |
| : | |
| FCA US LLC et al., : | |
| Defendants. : | |

_____

# **O R D E R**

NOW, this 31st day of March, 2017, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. FCA's Motion to Sever and Transfer Venue, ECF No. 47, is **GRANTED**, Dearden's Motion to Remand, ECF No. 30, is **GRANTED in part**, and Rosner's Motion to Remand, ECF No. 37, is **GRANTED in part**. **IT IS ORDERED AS FOLLOWS**:

    A. All claims against FCA are **SEVERED** and **TRANSFERRED** to the United States District Court for the Southern District of New York for referral to the United States Bankruptcy Court in that district; and

    B. This case, which no longer includes claims against FCA, is **REMANDED** to the Court of Common Pleas for Philadelphia County;

2. FCA's Motion to Stay, ECF No. 46, is **DENIED as moot**;

3. The Trucking Defendants' Motion to Strike and Dismiss, ECF No. 56, is **DENIED without prejudice** to renew in the state court after remand; and

4. Having transferred or remanded all claims, the above-captioned action is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge